\*\*E-filed 3/9/07\*\*

SEDGWICK, DETERT, MORAN & ARNOLD LLP
JULIA MOLANDER  Bar No. 83839
LAURA GOODMAN  Bar No. 142689
ERIN VOLKMAR  Bar No. 227238
One Market Plaza
Stuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
RLI INSURANCE COMPANY

ALEXANDER F. STUART – 96141
CLINTON S. CODDINGTON – 206721
WILLOUGHBY, STUART & BENING, INC.
50 West San Fernando St., Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Defendant
LEWIS C. NELSON & SONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| RLI INSURANCE COMPANY, an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> CASTLE ROCK INDUSTRIES, INC. dba SEQUOIA CONSTRUCTION COMPANY, a California corporation; LEWIS C. NELSON & SONS, a California corporation, and DOES 1 through 10, <br><br> Defendants. | CASE NO. 5-06-CV-05904-JF <br><br> **STIPULATION TO CONTINUE INITIAL DISCLOSURE DEADLINE** <br><br> JUDGE: Hon. Jeremy Fogel |

Plaintiff RLI INSURANCE COMPANY ("RLI") and Defendant LEWIS C. NELSON & SONS, INC. ("LCN") to the above-entitled action hereby stipulate to a one week extension of the Civil Procedure Rule 26 Initial Disclosure deadline. Based upon the foregoing, the parties agree that their initial disclosures will be due on or before March 14, 2007.

-1-

CASE NO. 5-06-CV-05904-JF
STIPULATION RE: INITIAL DISCLOSURES

1  DATED: March 6, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3

4  By: _____
   Laura Goodman
5  Erin Volkmar
   Attorney for Plaintiff
6  RLI INSURANCE COMPANY

7

8  DATED: March 7, 2007           WILLOUGHBY, STUART & BENING, INC.

9

10 By: _____
   Alex Stuart
11 Clinton Coddington
   Attorneys for Defendant
12 LEWIS C. NELSON AND SONS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER RE: STIPULATION

The Stipulation Re: Initial Disclosures is hereby adopted by the Court and the parties are ordered to comply with this Order on the Stipulation.

**IT IS SO ORDERED**

Dated: 3/9/07

_____
Hon. Jeremy Fogel
U.S. District Court Judge, Northern District