**E-Filed 6/26/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RLI INSURANCE COMPANY, an Illinois corporation | Case Number C 06-5904 JF |
| Plaintiff, | ORDER[1] RE DEFENDANTS' REQUEST FOR DISCOVERY |
| v. | |
| CASTLE ROCK INDUSTRIES, INC., dba SEQUOIA CONSTRUCTION COMPANY, a California corporation; LEWIS C. NELSON & SONS, a California corporation and DOES 1 through 10, | |
| Defendants. | |

Plaintiff RLI Insurance Company ("RLI") has filed a motion for partial summary judgment on the issue of whether RLI's rescission of certain insurance policies issued to Defendant Castle Rock Industries, Inc. d.b.a. Sequoia Construction Company ("Sequoia") applies to Defendant Lewis C. Nelson & Sons, Inc. ("LCN") as an additional insured under the Sequoia policies. In support of its opposition to RLI's motion, LCN has filed two declarations. As part

---

[1] This disposition is not designated for publication and may not be cited.

1    of its reply, RLI has objected to the declarations as irrelevant.  RLI's Motion to Strike, pg. 3.

2    RLI asserts that its motion for partial summary judgment is based purely on a question of law,

3    that is, whether its rescission of the Sequoia policies is effective as to additional insureds.

4          In response to RLI's evidentiary objections, LCN has filed a motion before Magistrate

5    Judge Seeborg seeking discovery in this matter pursuant to Federal Rule of Civil Procedure 56(f)

6    ("Rule 56(f)").  LCN requests that its Rule 56(f) motion be heard before or in conjunction with

7    the hearing for RLI's motion for partial summary judgment.  That hearing is scheduled for June

8    29, 2007.

9          Good cause therefore appearing, the Court hereby advises the parties that it will consider

10   LCN's Rule 56(f) motion in conjunction with RLI's motion for summary judgment at the June

11   29, 2007 hearing.

12

13   IT IS SO ORDERED.

14

15   DATED: June 26, 2007

16                                                  _____

17                                                  JEREMY FOGEL
                                                    United States District Judge

18

19

20

21

22

23

24

25

26

27

28

                                                2

This Order has been served upon the following persons:

Douglas B. Allen       burnettburnettallen@yahoo.com

Laura L. Goodman       laura.goodman@sdma.com, antonia.bereal-lee@sdma.com,
                       jamison.narbaitz@sdma.com, jonathan.fineman@sdma.com,
                       sdmacalendaring@sdma.com

Julia Ann Molander     julia.molander@sdma.com

Alexander F. Stuart    afs@wsblaw.net, cna@wsblaw.net, csc@wsblaw.net, jay@wsblaw.net

Erin Joy Volkmar       erin.volkmar@sdma.com

Clinton Stevens Coddington
Willoughby Stuart and Bening Inc.
50 W. San Fernando #400
San Jose, CA   95113

Bruce H. Winkelman
Craig and Winkelman
2001 Addison Street, Suite 300
Berkeley, CA   95704

Case No. C 06-05904JF
ORDER RE DEFENDANTS' REQUEST FOR DISCOVERY
(JFLC1)