1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JULIA MOLANDER  Bar No. 83839
2  LAURA L. GOODMAN  Bar No. 142689
   ERIN VOLKMAR  Bar No. 227238
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Plaintiff
   RLI INSURANCE COMPANY

7

8                UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

10

11 RLI INSURANCE COMPANY, an Illinois          CASE NO. 5-06-CV-05904-JF
   corporation,
12                                             **STIPULATION AND [PROPOSED]**
           Plaintiff,                          **ORDER OF RESCISSION**
13
           v.
14
   CASTLE ROCK INDUSTRIES, INC. dba
15 SEQUOIA CONSTRUCTION
   COMPANY, a California corporation;
16 LEWIS C. NELSON & SONS, a
   California corporation, and DOES 1
17 through 10,

18         Defendants.

19

20        This Stipulation to Rescission and Order thereon is made by and between RLI Insurance

21 Company ("RLI"), Castle Rock Industries, Inc. dba Sequoia Construction Company ("Sequoia"),

22 and Lewis C. Nelson & Sons, Inc. ("LCN") on behalf of themselves, and their parents,

23 subsidiaries, affiliates, divisions, holding companies, successors, predecessors, and assigns, and

24 all of their respective directors, officers, employees, agents, attorneys, partners, joint venturers,

25 trustees, and representatives (collectively, the "Parties"), by and through their counsel of record.

26                          **STIPULATED FACTS**

27        The Parties hereto stipulate to the following facts:

28

1.     RLI issued the following general liability primary and excess insurance policies to Sequoia in reliance on representations contained on the insurance applications submitted to RLI by Sequoia and/or its authorized agent:

        a.     Policy No. AC10002057;

        b.     Policy No. AC10005718;

        c.     Policy No. AC20003132; and

        d.     Policy No. ERX002272.

These insurance policies are collectively referred to herein as "the Policies."

2.     LCN was an additional insured under one or more of the Policies.

3.     In its applications for insurance with RLI, Sequoia's projected gross receipts were misstated. This representation was a material misrepresentation. Sequoia's actual and projected gross receipts were materially higher than those contained in the applications.

4.     In its applications for insurance with RLI, it was represented that Sequoia did not do residential construction. This representation was a material misrepresentation. Sequoia did new residential construction and/or remodeling work, including work for a residential development.

5.     It is stipulated by and between the Parties that, had RLI known the true facts, it would not have issued the Policies to Sequoia.

## STIPULATION TO RESCISSION

Based on the foregoing Stipulated Facts, the Parties hereto agree that the Policies can and should be rescinded pursuant to California Insurance Code sections 330 *et seq.* and that the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER OF RESCISSION

The Court, having accepted the Stipulated Facts and finding good cause therefor hereby declares and Orders that Policy No. AC10002057, Policy No. AC10005718, Policy No. AC20003132, and Policy No. ERX002272 be and are rescinded and void *ab initio*.

IT IS SO ORDERED.

12/18/07

_____

The Honorable Jeremy Fogel

UNITED STATES DISTRICT COURT JUDGE

Policies may be and are declared void *ab initio*. RLI will return to Sequoia the premium paid by Sequoia with respect to the Policies.

DATED: August ___, 2007          WILLOUGHBY STUART & BENING\
November 29

By: _____

          ALEXANDER F. STUART
          Attorneys for Defendant LEWIS C. NELSON AND
          SONS, INC.

DATED: August ___, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:_____
          LAURA L. GOODMAN
          Attorneys for Plaintiff RLI INSURANCE
          COMPANY

DATED: August ___, 2007          BURNETT, BURNETT & ALLEN

By: _____

          DOUGLAS ALLEN
          Attorneys for Defendant

          CASTLE ROCK INDUSTRIES, INC. dba
          SEQUOIA CONSTRUCTION COMPANY

1  Policies may be and are declared void *ab initio*. RLI will return to Sequoia the premium paid by

2  Sequoia with respect to the Policies.

3  DATED: August ___, 2007       WILLOUGHBY STUART & BENING\

4

5  By: _____

6      ALEXANDER F. STUART

7      Attorneys for Defendant LEWIS C. NELSON AND
    SONS, INC.

8

9  DATED: ~~August~~ *December 5* ___, 2007       SEDGWICK, DETERT, MORAN & ARNOLD LLP

10

11

12  By: _____

13      LAURA L. GOODMAN
    Attorneys for Plaintiff RLI INSURANCE
    COMPANY

14

15  DATED: ~~August~~ *Oct* 2, 2007       BURNETT, BURNETT & ALLEN

16

17

18  By: _____

19      DOUGLAS ALLEN
    Attorneys for Defendant

20      CASTLE ROCK INDUSTRIES, INC. dba

21      SEQUOIA CONSTRUCTION COMPANY

22

23

24

25

26

27

28

RLI INSURANCE COMPANY


By:_____
                Jack Lewis


**CASTLE ROCK INDUSTRIES, INC. dba
SEQUOIA CONSTRUCTION**


By:_____
                Wade Peebles


**LEWIS C. NELSON & SONS, INC.**


By:_____
                Charles Fletcher


**SANTA MARIA JOINT HIGH SCHOOL
DISTRICT**


By:_____
                Jeffrey Hearn

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RLI INSURANCE COMPANY**

By:_____
              Jack Lewis

**CASTLE ROCK INDUSTRIES, INC. dba
SEQUOIA CONSTRUCTION**

By:_____
              Wade Peebles

**LEWIS C. NELSON & SONS, INC.**

By:_____
              Charles Fletcher

**SANTA MARIA JOINT HIGH SCHOOL
DISTRICT**

By:_____
              Jeffrey Hearn

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**RLI INSURANCE COMPANY**

By:_____
          Jack Lewis

**CASTLE ROCK INDUSTRIES, INC. dba
SEQUOIA CONSTRUCTION**

By:_____
          Wade Peebles

**LEWIS C. NELSON & SONS, INC.**



By:_____
          Charles Fletcher

**SANTA MARIA JOINT HIGH SCHOOL
DISTRICT**

By:_____
          Jeffrey Hearn