SEDGWICK, DETERT, MORAN & ARNOLD LLP
JULIA MOLANDER  Bar No. 83839
LAURA L. GOODMAN  Bar No. 142689
ERIN VOLKMAR  Bar No. 227238
One Market Plaza
Stuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Plaintiff
RLI INSURANCE COMPANY

ALEXANDER F. STUART – 96141
WILLOUGHBY, STUART & BENING, INC.
50 West San Fernando St., Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile:  (408) 295-6375

Attorney for Defendant
LEWIS C. NELSON & SONS, INC.

DOUGLAS B. ALLEN, SBN 99239
BURNETT, BURNETT, & ALLEN
160 West Santa Clara Street, Suite 1200
San Jose, California 95113
Telephone: (408) 298-6540

Attorney for Defendant
CASTLE ROCK INDUSTRIES, INC. DBA
SEQUOIA CONSTRUCTION COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| RLI INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASTLE ROCK INDUSTRIES, INC. dba SEQUOIA CONSTRUCTION COMPANY, a California corporation; LEWIS C. NELSON & SONS, a California corporation, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 5-06-CV-05904-JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff RLI Insurance Company and defendants Castle Industries, Inc. dba Sequoia Construction Company and Lewis C. Nelson and Sons, by and through their respective attorneys of record, that pursuant to Federal Rule of Civil Procedure 41, the above-captioned action shall be dismissed in its entirety with prejudice, each party to bear its own costs.

DATED: December 18, 2007   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Laura L. Goodman
Laura L. Goodman
Attorney for Plaintiff
RLI INSURANCE COMPANY


DATED: December ___, 2007   WILLOUGHBY, STUART & BENING, INC.


By:_____
Alexander Stuart
Attorney for Defendant
LEWIS C. NELSON AND SONS


DATED: December ___, 2007   BURNETT, BURNETT, & ALLEN


By:_____
Douglas B. Allen
Attorney for Defendant
CASTLE ROCK INDUSTRIES, INC. dba
SEQUOIA CONSTRUCTION COMPANY


### [PROPOSED] ORDER

IT IS SO ORDERED

DATED: __2/6/08_____

_____
The Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE

-2-   CASE NO. 5-06-CV-05904-JF
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE

1  IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff RLI Insurance
2  Company and defendants Castle Industries, Inc. dba Sequoia Construction Company and Lewis
3  C. Nelson and Sons, by and through their respective attorneys of record, that pursuant to Federal
4  Rule of Civil Procedure 41, the above-captioned action shall be dismissed in its entirety with
5  prejudice, each party to bear its own costs.

6  DATED: December ___, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

8                                    By: _____
9                                       Laura L. Goodman
                                        Attorney for Plaintiff
10                                      RLI INSURANCE COMPANY

12  DATED: December 19, 2007         WILLOUGHBY, STUART & BENING, INC.

14                                   By: _Alexander Stuart_
15                                      Alexander Stuart
                                        Attorney for Defendant
16                                      LEWIS C. NELSON AND SONS

17  DATED: December 18, 2007         BURNETT, BURNETT, & ALLEN

20                                   By: _____
                                        Douglas B. Allen
21                                      Attorney for Defendant
                                        CASTLE ROCK INDUSTRIES, INC. dba
22                                      SEQUOIA CONSTRUCTION COMPANY

24                                   [PROPOSED] ORDER

25  IT IS SO ORDERED
26  DATED: _____

27                                      The Honorable Jeremy Fogel
28                                      UNITED STATES DISTRICT COURT JUDGE

-2-                                              CASE NO. 5-06-CV-05904-JF